IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATLANTIC RECORDING CORPORATION,
et al.,
    Plaintiffs,

vs.                                          Case No.:  3:06cv33/RS/EMT

WILLIE JAMES BLOCKER,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiffs' motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. 33).  Plaintiffs request dismissal of this action without prejudice and without assessment of costs or fees (*id*.).  Although Defendant was given an opportunity to respond to the motion (*see* Doc. 34), he has not done so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Plaintiffs' motion to dismiss (Doc. 33) be **GRANTED** and this action dismissed without prejudice and without assessment of costs or fees.

        At Pensacola, Florida, this 28th day of November 2006.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**