IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ATLANTIC RECORDING CORPORATION,
et al,

       Plaintiffs,

vs.                                             CASE NO. 3:06cv33/RS

WILLIE JAMES BLOCKER,

       Defendant.
_____/

## ORDER

Before the court are Plaintiffs' Motion To Dismiss Without Prejudice With Supporting Memorandum (Doc. 33) and the Magistrate Judge's Report and Recommendation (Doc. 37). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiffs' Motion to Dismiss (Doc. 33) is granted and this case is dismissed without prejudice and without assessment of costs and fees.

3. The clerk is directed to close the file.

ORDERED on January 3, 2007.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**